# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00336-CR

**Gary Allen Dunn, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 64750, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gary Allen Dunn was convicted on a plea of guilty to driving while intoxicated. Sentence was assessed at nineteen years in prison. The trial court has certified that this is a plea bargain case and that Dunn has no right of appeal. The trial court also certified that Dunn waived his right to appeal. Accordingly, we are required to dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). This appeal and all motions pending in it are dismissed.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed

Filed: August 3, 2010

Do Not Publish